UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRICK E. CALLAHAN,  )<br>                    Plaintiff,  )<br>v.  )<br>  ) <br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,  )<br>                    Defendants.  )<br>_____ ) | Case No. 11-2621-KHV |
| MARK GAMBRILL,  )<br>                    Plaintiff,  )<br>v.  )<br>  )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,  )<br>                    Defendants.  )<br>_____ ) | Case No. 11-2699-KHV |
| JASON PITTMAN,  )<br>                    Plaintiff,  )<br>v.  )<br>  )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,  )<br>                    Defendants.  )<br>_____ ) | Case No. 12-2010-KHV |
| SCOTT A. HAMMONS,  )<br>                    Plaintiff,  )<br>v.  )<br>  )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,  )<br>                    Defendants.  )<br>_____ ) | Case No. 12-2028-KHV |

|  |  |  |
|---|---|---|
| JEFFREY GARDNER,                               )<br>                    Plaintiff,              )<br>v.                                                       )<br>                                                         )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,   )<br>                    Defendants.           )<br>_____ )<br>                                                         )<br>TRUNG HOANG,                                 )<br>                    Plaintiff,              )<br>v.                                                       )<br>                                                         )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,   )<br>                    Defendants.           )<br>_____ )<br>                                                         )<br>MICHAEL MILLS,                               )<br>                    Plaintiff,              )<br>v.                                                       )<br>                                                         )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al.,   )<br>                    Defendants.           )| | Case No. 14-2406-KHV<br><br><br><br><br><br><br><br>Case No. 14-2407-KHV<br><br><br><br><br><br><br><br>Case No. 14-2408-KHV |

## **ORDER**

On March 8, 2016, as ordered by the court,[1] the parties in these seven related cases filed a joint status report.[2] Pursuant to the information provided in that report, and mindful of the upcoming March 31, 2016 status conference previously scheduled,[3] the court sets the following new deadlines:

---

[1] ECF doc. 480. All citations are to the record in *Callahan v. Unified Government of Wyandotte County/Kansas City, Kansas*, Case No. 11-2621-KHV.
[2] ECF doc. 484.
[3] ECF doc. 480.

1.	By **March 29, 2016**, the parties shall jointly file, in each of the seven cases, a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) that specifically sets forth, as discussed in the status report, the claims that are abandoned or dismissed, and the previously asserted defenses that have become moot.  By that same date, the parties shall jointly submit, by e-mail to Judge Vratil's chambers, proposed orders approving the same.

2.	Also by **March 29, 2016**, defendants shall submit, by e-mail to Judge O'Hara's chambers, the parties' proposed amended pretrial order in each of the seven cases, which the parties shall have revised to reflect only the claims and defenses that are proceeding in each case as indicated in the status report.

3.	The status report states that the parties have engaged the assistance of mediator Larry Rute to pursue settlement possibilities.  The court orders the parties to engage in mediation no later than **May 2, 2016**.  Defendants shall file an ADR Report (available on the court's website) within 14 days of the mediation.

IT IS SO ORDERED.

Dated March 23, 2016, at Kansas City, Kansas.

 s/ Kathryn H. Vratil
Kathryn H. Vratil
U.S. District Judge


 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge