## UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

## AMENDED JUDGMENT IN A CIVIL CASE

**PATRICK CALLAHAN,**

        **Plaintiff,**

                                                   **CIVIL ACTION**

**v.**

                                                   **No. 11-2621-KHV**

**UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS,
RICK ARMSTRONG and GREG LAWSON,**

                  **Defendants.**

( x )  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(  )  **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that plaintiff take nothing, that defendants Unified Government of Wyandotte County/Kansas City, Kansas, Rick Armstrong, and Greg Lawson recover nothing of plaintiff Patrick Callahan and that the action be dismissed with prejudice on the merits, with the parties to bear their own attorneys' fees, costs and expenses.

**Dated:  October 20, 2016**            **TIMOTHY M. O'BRIEN, CLERK**

                                        **s/Sherry Bernhardt**
                                        **Sherry Bernhardt, Deputy Clerk**